United States District Court
Southern District of Texas
**ENTERED**
October 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RONALD BRYANT, *et al.*, § § *Plaintiffs*, § VS. § FORREST ROBERTS, *et al.*, § § *Defendants*. § | CIVIL ACTION NO. 3:20-CV-00218 |

## ORDER OF DISMISSAL

Before the court is the plaintiffs' notice of dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Dkt. 8. It is therefore ordered that all of the plaintiffs' claims are dismissed without prejudice.

Signed on Galveston Island on this, the 19th day of October, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE